ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 4 2005

CLERK, U.S. DISTRICT COURT
By _____
Deputy

STEVEN W. QUICK                    §
                                   §
            Plaintiff,             §
                                   §
VS.                                §          NO. 3-05-CV-1149-M
                                   §
TERRY SPANGLER                     §
                                   §
            Defendant.             §

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court.

SO ORDERED this 4th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE